UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| TOMMY E. PHELPS, | : | NO. 1:13-CV-00321 |
|  | : |  |
|     Plaintiff, | : |  |
|  | : |  |
|     vs. | : | **ORDER** |
|  | : |  |
| COMMISSIONER OF SOCIAL | : |  |
| SECURITY, | : |  |
|  | : |  |
|     Defendant. | : |  |

        This matter is before the Court on the Magistrate Judge's
Report and Recommendation (doc. 16), to which there were no
objections.  The Magistrate Judge reviewed Plaintiff's Statement of
Errors, and concluded the ALJ's finding of non-disability was
supported by substantial evidence.  Accordingly the Magistrate
Judge recommended the decision of the Commissioner be affirmed and
this case be closed on the docket of the Court.

        Proper Notice has been given to the parties under 28
U.S.C. § 636(b)(1)(C), including notice that the parties would
waive further appeal if they failed to file objections to the
Report and Recommendation in a timely manner.  United States v.
Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this
Order, no objections have been filed.

        Having reviewed this matter de novo pursuant to 28 U.S.C.
§ 636, the Court finds the Magistrate Judge's Report and

Recommendation thorough, well-reasoned, and correct.  Accordingly,

the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report

and Recommendation in all respects (doc. 16), AFFIRMS the decision

of the Commissioner denying Plaintiff's DIB and SSI applications,

FINDS such decision supported by substantial evidence, and CLOSES

this matter on the docket of the Court.


            SO ORDERED.



DATED: August 12, 2014    s/S. Arthur Spiegel
                          S. Arthur Spiegel
                          United States Senior District Judge

2